```
 1  Kevin J. Gramling, Esq. SBN. 188335
    Natalie P. Vance, Esq. SBN. 206708
 2  Christopher D. Holt, Esq. SBN. 228399
    KLINEDINST PC
 3  4 Hutton Centre, Suite 675
    Santa Ana, California  92707
 4  (714) 542-1800/FAX (714) 542-3592
    E-Mail: cholt@klinedinstlaw.com
 5
    Attorneys for Defendant RESURGENT CAPITAL SERVICES, LP
 6
 7
 8              UNITED STATES DISTRICT COURT
 9       NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
10
11  GREG A. LEAS and CARLA LEAS   )   Case No.: c 06-05243 JF
                                  )
12        Plaintiffs,             )
                                  )   REQUEST FOR TELEPHONIC
13  v.                            )   APPEARANCE
                                  )
14  FREDERICK J. HANNA &          )
    ASSOCIATES, P.C.; RESURGENT   )
15  CAPITAL SERVICES LP; and      )
    DOES ONE through TEN,         )
16                                )
          Defendants.             )
17  _____)
```

18        TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20        Defendant RESURGENT CAPITAL SERVICES LP ("Resurgent"), hereby respectfully requests that its counsel, Christopher D. Holt, be allowed to appear telephonically at the Case Management Conference scheduled for 10:30 a.m. on December 8, 2006.

          Counsel for Resurgent is based in Santa Ana, California and would not be able to personally appear that the Case Management Conference. However, counsel would like to personally attend the conference by telephone rather than

///
///

arranging for the appearance of another attorney. Accordingly, Resurgent requests the court allow its counsel to make a telephonic appearance at the conference.

*Respectfully Submitted,*

KLINEDINST PC

Dated: November 8, 2006            By: _____
Kevin J. Gramling, Esq.
Natalie P. Vance, Esq.
Christopher J. Holt, Esq.
Attorneys for Defendant
**RESURGENT CAPITAL SERVICES, LP**

509984.1 / 194-5007

2

Case No.: C 06-05243 JF
REQUEST FOR TELEPHONIC APPEARANCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| GREG A. LEAS and CARLA LEAS<br><br>  Plaintiffs,<br><br>v.<br><br>FREDERICK J. HANNA & ASSOCIATES, P.C.; RESURGENT CAPITAL SERVICES LP; and DOES ONE through TEN,<br><br>  Defendants. | Case No.: c 06-05243 JF<br><br>[PROPOSED] ORDER GRANTING RESURGENT CAPITAL SERVICES, LP LEAVE TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE |

Having considered the request of RESURGENT CAPITAL SERVICE, LP for leave to appear telephonically at the December 8, 2006 Case Management Conference, and documents filed in support, and finding good cause,

IT IS HEREBY ORDERED that counsel for Resurgent Capital Service, LP, may appear at the Case Management Conference by telephone.

IT IS SO ORDERED.

Dated: November ____, 2006

_____
HON. JEREMY FOGEL

510004.1 / 194-5007

1

Case No.: C 06-05243 JF
[PROPOSED] ORDER GRANTING RESURGENT CAPITAL SERVICES, LP LEAVE TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE

1  Kevin J. Gramling, Esq., Bar No. 188335
   Christopher D. Holt, Esq., Bar No. 228399
2  **KLINEDINST PC**
   4 Hutton Centre, Suite 675
3  Santa Ana, California  92707
   (714) 542-1800/FAX (714) 542-3592
4  E-Mail: cholt@klinedinstlaw.com

5  Attorneys for Defendant **RESURGENT CAPITAL SERVICES, LP**

6

7

8                UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

10

| | |
|---|---|
| GREG A. LEAS and CARLA LEAS, | Case No.: c 06-05243 JF |
| Plaintiffs, | |
| v. | **PROOF OF SERVICE** |
| FREDERICK J. HANNA & ASSOCIATES, P.C.; RESURGENT CAPITAL SERVICES, LP; and DOES ONE through TEN, | |
| Defendants. | |

18  I declare that:

19      I am and was at the time of service of the papers herein, over the age of
    eighteen (18) years and am not a party to the action. I am employed in the County
20  of Orange, California and my business address is 4 Hutton Centre Drive, Suite
    675, Santa Ana, California 92707.

21      On **November 13, 2006,** I caused to be served the following documents:

22  **1.    REQUEST FOR TELEPHONIC APPEARANCE;**

23  **2.    [PROPOSED] ORDER GRANTING RESURGENT CAPITAL
         SERVICES, LP LEAVE TO APPEAR TELEPHONICALLY AT CASE
24       MANAGEMENT CONFERENCE**

25

26  [ ]    **VIA FACSIMILE TRANSMISSION (Code Civ. Proc. §§ 1013(e) and
         (f)):** From fax number (714) 542-3592 to the fax numbers listed below
27       and/or on the attached service list. The facsimile machine I used complied
         with Rule 2008 and no error was reported by the machine.

28

                                     1

| | | |
|---|---|---|
| 1 | [ ] | **VIA ELECTRONIC FILING/SERVICE:** Complying with Code of Civil Procedure section 1010.6, my electronic business address is _____@klinedinstlaw.com and I caused such document(s) to be electronically served through the LexisNexis/Verilaw system for the above-entitled case to those parties on the Service List maintained on the LexisNexis/Verilaw's website for this case. The file transmission was reported as complete and a copy of the Filing/Service Receipt will be maintained with the original document(s) in our office. |
| 2 | [X] | **VIA MAIL:** By placing a copy thereof for delivery in a separate envelope addressed to each addressee, respectively, as listed on the ATTACHED service list as follows: |

[X]   **BY FIRST-CLASS MAIL (Code of Civ. Proc. §§ 1013 and 1013(a))**

[ ]   **BY OVERNIGHT DELIVERY (Code Civ. Proc. §§ 1013(c) and (d))**

[ ]   **BY CERTIFIED RETURN RECEIPT MAIL (Code of Civ. Proc. §§ 1013 and 1013(a))**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Santa Ana, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ]   (State)   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]   (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on **November 13, 2006**, at Santa Ana, California.

*/s/ ROSA ROMO*
ROSA ROMO

510222.1/194-5007

## Service / Mailing List

## GREG A. LEAS, et al., v. FREDERICK J. HANNA, et al.,
### Court Case No.: c 06005243 JF
### Our File No.: 194-5007 / CDH

| LIST OF COUNSEL | PARTY |
|---|---|
| Carole Johnston, Esq.<br>LAW OFFICES OF CAROLE JOHNSTON<br>2600 Garden Road, Suite 330<br>Monterey, CA 93940<br>T: 831-373-0600<br>F: 831-373-0622 | Counsel for Plaintiffs |
| Martin Guzman, Esq.<br>784 Northridge, Suite 122<br>Salinas, CA 93906<br>T: 800-772-9619<br>F: 800-772-9619 | Counsel for Plaintiffs |

510222.1/194-5007