**E-filed 1/22/07**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| GREG A. LEAS and CARLA LEAS, | Case No.: C 06-05243 JF |
| Plaintiffs, | [~~PROPOS~~ED] ORDER GRANTING PLAINTIFFS LEAS AN EXTENSION OF TIME TO SERVE DEFENDANT FREDERICK J. HANNA & ASSOCIATES, P.C. |
| vs. | |
| FREDERICK J. HANNA & ASSOCIATES, P.C.; RESURGENT CAPITAL SERVICES, LP; and DOES ONE through TEN, | |
| Defendants. | |

Having considered the request of PLAINTIFFS GREG LEAS and CARLA LEAS, for an extension of time to serve defendant FREDERICK J. HANNA & ASSOCIATES, P.C., and documents filed in support, and finding good cause,

IT IS HEREBY ORDERED that Plaintiffs Greg and Carla Leas may have an extension of time until __2/16/07__ to serve defendant FREDERICK J. HANNA & ASSOCIATES, P.C.

IT IS SO ORDERED.

Dated: January _19_, 2007          _____
                                    HON. JEREMY FOGEL

---

Case No.: C 06-05243 JF
[PROPOSED] ORDER GRANTING PLAINTIFFS LEAS AN EXTENSION
OF TIME TO SERVE DEFENDANT FREDERICK J. HANNA & ASSOCIATES, P.C.