UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREG A. LEAS,<br>    Plaintiff,<br>V.<br>FREDERICK J. HANNAN & ASSOCIATES,<br>    Defendants. | Case No.  CV-06-5243-JF<br><br>ORDER TO SHOW CAUSE RE:<br>DISMISSAL |

The above named matter came regularly for a case management conference hearing before the Honorable Jeremy Fogel in Courtroom 3, on March 9, 2007 at 10:30 a.m. No appearance was made by Plaintiff.  The Court hereby issues an ORDER TO SHOW CAUSE to be heard on April 20, 2007 at 10:30  a.m. as to why this action should not be dismissed for failure to prosecute.  If Plaintiff does not file a response to the ORDER TO SHOW CAUSE by April 10, 2007, demonstrating why the case should not be dismissed, the Court  will dismiss the action with prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

Date: March 15, 2007

_____
JEREMY FOGEL
United States District Judge