**E-filed 4/17/07**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| GREG A. LEAS and CARLA LEAS,<br><br>    Plaintiffs,<br><br>vs.<br><br>FREDERICK J. HANNA & ASSOCIATES, P.C.; RESURGENT CAPITAL SERVICES, LP; and DOES ONE through TEN,<br><br>    Defendants.<br>_____/ | Case No.: C 06-05243 JF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS LEAS LEAVE TO APPEAR TELEPHONICALLY AT OSC NOT TO DISMISS** |

Having considered the request of PLAINTIFFS GREG LEAS and CARLA LEAS, for LEAVE TO APPEAR TELEPHONICALLY AT THE April 20, 2007 OSC Not To Dismiss, and documents filed in support, and finding good cause,

IT IS HEREBY ORDERED that counsel for Plaintiffs Greg and Carla Leas may appear at the OSC Not To Dismiss by telephone.

IT IS SO ORDERED.  The parties are directed to scheduled in advance of the hearing a telephonic appearance with Court Call at 866-482-6878.

Dated: April _17_, 2007          _____
                                                    HON. JEREMY FOGEL